UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MORAGA, | No. 2:14-cv-1855 CKD P |
| Plaintiff, | |
| v. | ORDER |
| SOLANO COUNTY, et al., | |
| Defendants. | |

On October 7, 2014, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff was warned that failure to file an amended complaint within 30 days would result in dismissal. Plaintiff has not filed an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that this action is dismissed[1] without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Dated: December 1, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mora1855.dis

---

[1] Plaintiff has consented to have all matters in this action before a United States Magistrate Judge. See 28 U.S.C. § 636(c).

1